AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge RAMOS-Torres | ) | Case No. C-21-575M |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

United States Courts
Southern District of Texas
FILED

MAY 13 2021

Nathan Ochsner, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2021__ in the county of __Duval__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326(a)(1) | An alien who enters, attempts to enter, or is at any time found in, the United States, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported, a felony. |

This criminal complaint is based on these facts:

On May 12, 2021, the defendant, Jorge RAMOS-Torres was encountered by Border Patrol Agents in Duval County, Texas. Agents determined the defendant was a citizen and national of Mexico, unlawfully present within the United States. Furthermore, the defendant was Mirandized and provided a verbal statement and admitted to being a citizen of Mexico, who entered illegally into the United States near Laredo, Texas on May 12, 2021. Investigations and records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported ordered removed on November 24, 2016 and was deported from the United States on November 26, 2016 through Del Rio, Texas, International Bridge. The defendant was found in Duval County without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.

☐ Continued on the attached sheet.

_Complainant's signature_

Martin Castillo, Border Patrol Agent
_Printed name and title_

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

Date: May 13, 2021

_Judge's signature_

City and state: Corpus Christi, Texas

Julie K. Hampton, U.S. Magistrate Judge
_Printed name and title_